# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3353
_____

PAUL LUXAMA,

Petitioner,

v.

CENTURION OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.


August 13, 2026


PER CURIAM.

DISMISSED.

ROWE, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Paul Luxama, pro se, Petitioner.

No appearance for Respondent.